**FILED**
April 24, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                           )<br>              Plaintiff,                           )<br>v.                                                       )<br>                                                           )<br>DEBORAH BARNES,                          )<br>                                                           )<br>              Defendant.                       ) | CASE NUMBER: 2:12-cr-00080 GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Deborah Barnes</u>; Case <u>2:12-cr-00080 GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of <u>$100,000.00</u>; co-signed by John Williams, Zalika Gaines and Samuel Devore

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/24/2012</u> at <u>3:15 p.m.</u>

By _____
Kendall J. Newman
United States Magistrate Judge