1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,     )    CASE NO. 2:12-CR-00080 GEB
                                 )
10                 Plaintiff,    )
                                 )
11      v.                       )    STIPULATION AND
                                 )    ORDER TO EXCLUDE TIME
12 HERMAN KEESE, et al.          )
                                 )
13                               )
                   Defendants.   )
14 _____)

15

16      The parties request that the status conference in this case

17 be continued from May 25, 2012 to July 13, 2012 at 9:00 a.m.

18 They stipulate that the time between May 25, 2012 and July 13,

19 2012 should be excluded from the calculation of time under the

20 Speedy Trial Act.  The parties stipulate that the ends of justice

21 are served by the Court excluding such time, so that counsel for

22 the all defendants may have reasonable time necessary for

23 effective preparation, taking into account the exercise of due

24 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

25 Specifically, initial discovery has been provided to all defense

26 counsel and more discovery, in the form of bank records, video

27 and audio tapes and transcriptions is forthcoming in the coming

28 weeks.  All defense counsel need additional time to review the

                                  1

1   discovery provided, discuss that discovery with the defendants,

2   and to continue their investigation into the matter.

3          The parties stipulate and agree that the interests of

4   justice served by granting this continuance outweigh the best

5   interests of the public and the defendant in a speedy trial.   18

6   U.S.C. § 3161(h)(7)(A).

7                                    Respectfully Submitted,

8                                    BENJAMIN B. WAGNER
                                     United States Attorney
9

10
    DATE: May 24, 2012        By:   /s/ Heiko P. Coppola
11                                  HEIKO P. COPPOLA
                                    Assistant U.S. Attorney
12

13
    DATE: May 24, 2012               /s/ Victor Haltom
14                                  VICTOR HALTOM
                                    Attorney for Defendant Herman
15                                  Keese

16                                   /s/ Peter Kmeto
                                    PETER KMETO
17                                  Attorney for Defendant Deborah
                                    Barnes
18
                                     /s/ Chris Cosca
19                                  CHRIS COSCA
                                    Attorney for Defendant Marcus
20                                  Law

21                                   /s/ Clemente Jimenez
                                    CLEMENTE JIMENEZ
22                                  Attorney for Defendant James
                                    Bradley
23
                                    **SO ORDERED.**
24
    Dated:  May 24, 2012
25

26                                  _____
                                    GARLAND E. BURRELL, JR.
27                                  United States District Judge

28

                                    2