CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
JAMES BRADLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES BRADLEY, et al.,<br><br>　　　　Defendants. | Case No.: 12-080 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　November 9, 2012<br>TIME:　9:00 a.m.<br>JUDGE:　Hon. Garland E. Burrell |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff; Victor Haltom, Counsel for Defendant HERMAN KEESE;  Michael Chastaine, Counsel for Defendant DEBORAH BARNES; Christopher Cosca, Counsel for Defendant MARCUS LAW; and Clemente M. Jiménez, Counsel for Defendant JAMES BRADLEY, that the status conference scheduled for November 9, 2012, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on February 22, 2013, at 9:00 a.m. for further status conference.  Counsel require additional time to confer with their respective clients.  Furthermore, Defendant Barnes has recently been assigned new counsel, who will require time to familiarize himself with the substantial discovery provided thus far.

　　　　IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

1  (Local code T-4), and that the ends of justice served in granting the continuance and
2  allowing the defendants further time to prepare outweigh the best interests of the public
3  and the defendant to a speedy trial.
4
5  DATED:      November 7, 2012                /S/      Jill Thomas_____
                                                JILL THOMAS
6                                              Attorney for Plaintiff
7
8                                               /S/      Clemente M. Jiménez_____
                                                CLEMENTE M. JIMÉNEZ
9                                               Attorney for JAMES BRADLEY
10
11
                                                /S/      Victor Haltom_____
12                                              VICTOR HALTOM
                                                Attorney for HERMAN KEESE
13
14
15                                              /S/      Michael Chastaine_____
                                                MICHAEL CHASTAINE
16                                              Attorney for DEBORAH BARNES
17
18                                              /S/      Christopher Cosca_____
                                                CHRISTOPHER COSCA
19                                              Attorney for MARCUS LAW
20
21  //
22  //
23  //
24
25  //
26  //
27  //
28

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for November 9, 2012, at 9:00 a.m., be vacated and the matter continued to February 22, 2013, at 9:00 a.m., for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

**Date:  11/7/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge