1
2
3
4
5

MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630

Telephone: 916-732-7150
Attorneys for Defendant
Deborah Barnes

6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14

| UNITED STATES OF AMERICA, | ) | Case No.: 2:12 CR 080 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| v. | ) ) | |
| DEBORAH BARNES, | ) ) | |
| Defendant. | ) ) | |

15
16
17
18
19
20
21
22
23
24
25
26
27

On or about March 7, 2012, Ms. Deborah Barnes was arrested along with her

husband (co-defendant Herman Keese) and several other persons.  On that date Ms. Barnes was

released from custody on conditions of release including Condition 11 which prohibits Ms.

Barnes from having any contact with any co-defendant except in the presence of counsel.  This

prohibition currently includes her husband, Mr. Keese, who remains in custody.   Ms. Barnes and

Mr. Keese have 9 children between them.  Additionally, Ms. Barnes brother has had a serious

injury.  He has recently been released from ICU and is now in rehabilitation in a facility in San

Francisco.  All parties agree that this condition can and should be modified to allow Ms. Barnes

to have contact with Mr. Keese to discuss family related matter.  They should be allowed to

communicate in person, by telephone and by letter to discuss family related matters.

28

1

**STIPULATION**

1

2      Therefore, Plaintiff, United States, and Defendant, Deborah Barnes, through her

3  undersigned counsel, hereby stipulate and agree that the Court should modify condition 11 of

4  Ms. Barnes's release conditions to allow that Ms. Barnes may have contact with her husband to

5  discuss family matters. It is agreed that condition 11 should read:

6

7      You shall not have contact with any co-defendant except in the presence of legal counsel.

8  You may have contact with your husband Herman Keese.  Your contact with Mr. Keese may be

9  in person, by telephone or by letter.  Your contact with Mr. Keese is limited to family related

10 matters.  You may not have contact with Mr. Keese, outside the presence of counsel, to discuss

11 this pending case.

12

13     All other previously imposed conditions of pretrial release should remain in full force and

14 effect.

15 **IT IS SO STIPULATED.**

16

17

18 DATED: January 23 2013          BENJAMIN B. WAGNER
                                    United States Attorney
19

20                                  By /s/ Jill Thomas
                                    JILL THOMAS
21                                  Assistant U.S. Attorney

22

23 DATED: January 23 2013          The CHASTAINE LAW OFFICE

24

25                                  By /s/ Michael Chastaine
                                    MICHAEL CHASTAINE
26                                  Attorney for Defendant
                                    Deborah Barnes
27

28

1

2

**ORDER**

3  **IT IS SO ORDERED. Good Cause Appearing,** it is hereby ordered that the previously

4  imposed Condition 11 is modified to read:

5

6    You shall not have contact with any co-defendant except in the presence of legal counsel.

7  You may have contact with your husband Herman Keese.  Your contact with Mr. Keese may be

8  in person, by telephone or by letter.  Your contact with Mr. Keese is limited to family related

9  matters.  You may not have contact with Mr. Keese, outside the presence of counsel, to discuss

10  this pending case.

11  All other previously imposed conditions of pretrial release shall remain in full force and effect.

12  Dated: January24, 2013

13

14

15  DALE A. DROZD

16  UNITED STATES MAGISTRATE JUDGE

17

18  Dad1.crim
   Barnes0080.stipord.mod.cor.doc

19

20

21

22

23

24

25

26

27

28