MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630

Telephone: 916-732-7150
Attorneys for Defendant
Deborah Barnes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEBORAH BARNES,<br><br>    Defendant. | Case No.: 2:12 CR 080 GEB<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |

On or about March 7, 2012, Ms. Deborah Barnes was arrested along with her husband (co-defendant Herman Keese) and several other persons. On that date Ms. Barnes was released from custody on conditions of release including Condition 11 which prohibits Ms. Barnes from having any contact with any co-defendant except in the presence of counsel. This prohibition currently includes her husband, Mr. Keese, who remains in custody. Ms. Barnes and Mr. Keese have 9 children between them. Additionally, Ms. Barnes brother has had a serious injury. He has recently been released from ICU and is now in rehabilitation in a facility in San Francisco. All parties agree that this condition can and should be modified to allow Ms. Barnes to have contact with Mr. Keese to discuss family related matter. They should be allowed to communicate in person, by telephone and by letter to discuss family related matters.

**STIPULATION**

Therefore, Plaintiff, United States, and Defendant, Deborah Barnes, through her undersigned counsel, hereby stipulate and agree that the Court should modify condition 11 of Ms. Barnes's release conditions to allow that Ms. Barnes may have contact with her husband to discuss family matters. It is agreed that condition 11 should read:

You shall not have contact with any co-defendant except in the presence of legal counsel. You may have contact with your husband Herman Keese.  Your contact with Mr. Keese may be in person, by telephone or by letter.  Your contact with Mr. Keese is limited to family related matters.  You may not have contact with Mr. Keese, outside the presence of counsel, to discuss this pending case.

All other previously imposed conditions of pretrial release should remain in full force and effect.

**IT IS SO STIPULATED.**


DATED: January 23 2013         BENJAMIN B. WAGNER
                               United States Attorney

                               By /s/ Jill Thomas
                               JILL THOMAS
                               Assistant U.S. Attorney


DATED: January 23 2013         The CHASTAINE LAW OFFICE


                               By /s/ Michael Chastaine
                               MICHAEL CHASTAINE
                               Attorney for Defendant
                               Deborah Barnes

# ORDER

**IT IS SO ORDERED. Good Cause Appearing,** it is hereby ordered that the previously imposed Condition 11 is modified to read:

You shall not have contact with any co-defendant except in the presence of legal counsel. You may have contact with your husband Herman Keese. Your contact with Mr. Keese may be in person, by telephone or by letter. Your contact with Mr. Keese is limited to family related matters. You may not have contact with Mr. Keese, outside the presence of counsel, to discuss this pending case.

All other previously imposed conditions of pretrial release shall remain in full force and effect.

Dated: January 24, 2013

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
Dad1.crim
Barnes0080.stipord.mod.cor.doc
```