BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-0080-TLN |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER REGARDING DISSEMINATION OF DISCOVERY MATERIALS |
| v. | |
| HERMAN KEESE, ET. AL, | |
| Defendants. | |

**STIPULATION OF THE PARTIES**

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, that audio/video evidence provided in discovery showing an undercover agent (hereinafter "UC") and/or a confidential informant (hereinafter "CI") are subject to a protective order.

This investigation involved outlaw motorcycle gangs.  Some of the defendants are on the audio/video evidence on a number of occasions with both the UC and the CI.   The CI is involved in other investigations in California and throughout the United States.  The UC continues to perform undercover work in this district and others neither the UC's nor the CI's safety or effectiveness would be possible if either could be easily identified through a permanent record such as the UC's or CI's likeness on the video evidence provided.

This protective order extends to any discovery provided by the United States from the date of this stipulation forward including those items related to conduct not charged in the indictment.

By signing this stipulation and protective order, defense counsel agree not to share discovery with any person other than primary counsel, assisting counsel, designated defense investigators and support staff.  Defense counsel may allow their clients to view all discovery in the presence of their respective attorneys, investigators and/or appropriate support staff.

The parties further agree that defense counsel, investigators and support staff shall not permit any defendant to copy or provide any defendant with a copy of the discovery materials in this case provided by the United States from the date of this stipulation forward.   In the event that any defendant substitutes counsel, the undersigned attorneys agree to withhold discovery from new counsel until substituted counsel agrees to be bound by this protective order.

This stipulation and protective order has been provided to defense counsel for their review.  The undersigned assistant U.S. attorney has been authorized to sign this stipulation on behalf of defense counsel.

Dated: March 11, 2014

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney

 /s/ CHRISTOPHER BOOTH
CHRISTOPER BOOTH
Attorney for Defendant Herman Keese

 /s/  Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant Deborah Barnes

 /s/ Christopher Cosca
CHRISTOPHER COSCA
Attorney for Defendant Marcus Law

      /s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant James Bradley

      /s/ David Fischer
DAVID FISCHER
Attorney for Defendant Brett Townsend

## ORDER

For good cause shown, the above stipulation of the parties is adopted in its entirety as the Court's protective order.

Dated: March 14, 2014

Troy L. Nunley
United States District Judge

STIPULATION AND PROTECTIVE ORDER    3