```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-080 TLN |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HERMAN KEESE, ET.AL, | DATE: June 4, 2015 |
| Defendants. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.  By previous order, this matter was set for status on June 4, 2015.

2.  By this stipulation, the defendants now move to continue the status conference until June 18, 2015, and to exclude time between June 4, 2015, and June 18, 2015, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The discovery associated with this case is voluminous, consisting of hundreds of pages of discovery and several dozen hours of audio recordings. Negotiations related to resolution of the case short of trial have begun and are on-going.

    b)  Counsel for defendants desire additional time to review the discovery provided, perform investigation and confer with their respective clients.

    c)  Counsel for defendants believe that failure to grant the above-requested

AMENDED STIPULATION RE: SPEEDY TRIAL ACT;   1
FINDINGS AND ORDER

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2015 to June 18, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and  B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 27, 2015   BENJAMIN B. WAGNER
          United States Attorney

         /s/ HEIKO P. COPPOLA
         HEIKO P. COPPOLA
         Assistant United States Attorney

Dated:  May 27, 2015   /s/ Christopher Booth
         CHRISTOPHER BOOTH
         Counsel for Defendant
         HERMAN KEESE

Dated:  May 27, 2015   /s/ Michael Chastaine
         MICHAEL CHASTAINE
         Counsel for Defendant
         DEBORAH BARNES

///

///

Dated:  May 27, 2015                    /s/ Clemente M. Jimenez
                                                       CLEMENTE M. JIMENEZ
                                                       Counsel for Defendant
                                                       JAMES BRADLEY


Dated:  May 27, 2015                    /s/ David Fischer
                                                       DAVID FISCHER
                                                       Counsel for Defendant
                                                       BRETT TOWNSEND


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of May, 2015.

                                                       Troy L. Nunley
                                                     United States District Judge